IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: _____

**BLUEBERRY HILL HOME OWNERS, INC.**,

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a corporation**,

    Defendant.

---

**DEFENDANT'S NOTICE OF REMOVAL**

---

PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance Company ("American Family"), by and through its counsel, Sandy Eloranto and Lily E. Nierenberg, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

1.    On or about November 7, 2020, Plaintiff filed its Complaint with Jury Demand in Jefferson County District Court, Colorado, which was assigned Case No. 2020CV31352. The Complaint seeks recovery of damages from American Family based on allegations of breach of contract and statutory relief under C.R.S. §§ 10-3-1115 and -1116. *See generally* **Exhibit A**.

2.    Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction over all actions between

the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3.      Defendant American Family is a citizen of the state of Wisconsin. **Exhibit B**. Plaintiff is a citizen of the State of Colorado. *See* **Exhibit C**.

4.      In its District Court Civil Case Cover Sheet, Plaintiff states it seeks more than $100,000 in damages. **Exhibit D**; *see also Paros Properties, LLC v. Colorado Cas. Ins. Co.,* 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet.").

5.      Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441(a).

6.      Removal is timely. American Family was served with Plaintiff's Complaint on January 8, 2021. **Exhibit E**. Thus, American Family's Notice of Removal is due February 8, 2021. 28 U.S.C. §1446(b)(1); Fed. R. Civ. P. 6.

7.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders that were served on Defendant are attached as follows:

 **Exhibit A** Complaint with Jury Demand with Exhibit A;

 **Exhibit D** Civil Case Cover Sheet;

 **Exhibit E** Summons (not filed);

 **Exhibit F** Civil Procedure Order

 **Exhibit G** Delay Prevention Order

 **Exhibit H** Return of Service;

**Exhibit I**  Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint and Proposed Order;

**Exhibit J**  Order Granting Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint.

8. A printout of the register of actions is attached as **Exhibit K**.

9. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Jefferson. *See* **Exhibit L**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. §§ 1332 and 1441, Defendant, American Family Mutual Insurance Company respectfully requests that this case be removed from the District Court for the County of Jefferson, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 5th day of February, 2021.

> */s/   Lily E. Nierenberg*
> Sandy Eloranto
> Lily E. Nierenberg
> Sutton | Booker P.C.
> 4949 S. Syracuse, Suite 500
> Denver, Colorado 80237
> Telephone:  303-730-6204
> Facsimile:   303-730-6208
> E-Mail:  seloranto@suttonbooker.com
>                 lnierenberg@suttonbooker.com
> ***Attorneys for Defendant,***
> ***American Family Mutual Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2021, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher N. Mammel
Merlin Law Group, P.A.
1001 17th St., Ste. 1150
Denver, CO  80202

>                              */s/   Sarah E. Anderson*
>                              *A duly signed original is on file at*
>                              *Sutton | Booker | P.C.*